UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | No. 2:18-CV-01280-KJM-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| YNC WORLDWIDE INC/USF REDDAWAY, MARK GIROLA and DOES 1-100, | |
| Defendant. | |

      Based on the parties' agreement, and good cause having been shown, the court hereby orders that Lead Counsel for Defendants, Jason Mills, may monitor the November 1, 2018 Status Conference by telephone, and Associate, Justin Hanassab, appear in person at the Status Conference. The court will expect Mr. Hanassab to speak on behalf of defendants.

      IT IS SO ORDERED.

DATED: October 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

1