# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | No. 2:18-cv-1280 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| YNC WORLDWIDE INC., et al., | |
| Defendants. | |

In a minute order filed by the court on October 31, 2018, the status conference in this matter was reset for November 29, 2018. The parties filed their joint status report on September 28, 2018, but there was no appearance by plaintiff's counsel at the November 29, 2018 conference.

Accordingly, plaintiff's counsel is ordered to show cause within seven (7) days, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: December 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

1