# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | Case No. 2:18-cv-01280-KJM-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| USF REDDAWAY INC., | |
| Defendants. | |

On December 7, 2018, the court ordered plaintiff's counsel, Douglas E. Jaffe, to show cause within seven (7) days why he should not be sanctioned in the amount of $250.00 for failing to appear at the November 29, 2018 status conference. ECF No. 19.

On December 17, 2018, Mr. Jaffe filed an untimely response, explaining the status conference had been "rescheduled" and he had "inadvertently mis-calendared [sic]" the date. ECF No. 23. Mr. Jaffe did not explain why his response was untimely. He also did not acknowledge that the conference was rescheduled at the parties' request and in response to a stipulation Mr. Jaffe signed, ECF No. 16, or elaborate on his explanation that he improperly calendared that date. Mr. Jaffe is cautioned that future lapses will not be treated with leniency. At this juncture, however, the court DISCHARGES the order to show cause.

IT IS SO ORDERED.

DATED: January 24, 2019.

_____
UNITED STATES DISTRICT JUDGE