UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, | CASE NO. 2:18-CV-01280-KJM-AC |
| Plaintiff, | [Hon. Kimberly J. Mueller] |
| v. | **ORDER** |
| USF REDDAWAY INC., | |
| Defendants. | |

1 | Pursuant to Eastern District of California Local Rule 144, stipulation of the parties hereto,
2 | and good cause appearing, IT IS HEREBY ORDERED as follows:
3 | The current pretrial deadlines provided in the Status (Pretrial Scheduling) Order filed on
4 | December 12, 2018, (Dkt. No. 20) are hereby vacated and the new deadlines are as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Non-expert discovery | June 14, 2019 | August 23, 2019 |
| Expert disclosures | June 25, 2019 | September 3, 2019 |
| Last day to hear dispositive motions | June 28, 2019 | September 6, 2019 |
| Supplemental expert disclosures | July 16, 2019 | September 24, 2019 |
| Expert discovery | August 16, 2019 | October 25, 2019 |

IT IS SO ORDERED.

DATED: May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES