UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Gonzalez,<br><br>           Plaintiff,<br><br>    v.<br><br>YRC Worldwide Inc., et al.,<br><br>           Defendants. | No. 2:18-cv-01280-KJM-AC<br><br>ORDER |

By minute order filed March 4, 2021, the court extended the deadline for plaintiff to file a notice of dismissal that complies with Federal Rule of Civil Procedure 41. ECF No. 36. A notice of dismissal was to be filed within fourteen days. The court cautioned that the failure to file the required notice risked dismissal for failure to prosecute. No notice has been filed. This action is therefore dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

DATED: April 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1